| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OF DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In compliance with 35 U.S.C. 290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademark(s) in the U.S. District Court:

| DOCKET NO.<br>14cv2958 | DATE FILED:<br>4/24/2014 | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
|---|---|---|
| **Plaintiff(s):**<br>Amarin Pharma, Inc. | **Defendant(s):**<br>Apotex, Inc. | |
| PATENT NUMBER | DATE OF PATENT | HOLDER OF PATENT |
| US 8,293,798 B2 | 10/23/2012 | Amarin Pharmaceuticals Ireland Limited |
| US 8,318,715 B2 | 11/27/2012 | Amarin Pharmaceuticals Ireland Limited |
| US 8,357,677 B1 | 1/22/2013 | Amarin Pharmaceuticals Ireland Limited |
| US 8,367,652 B2 | 2/5/2013 | Amarin Pharmaceuticals Ireland Limited |
| US 8,377,920 B2 | 2/19/2013 | Amarin Pharmaceuticals Ireland Limited |
| US 8, 399, 446 B2 | 3/19/2013 | Amarin Pharmaceuticals Ireland Limited |

In the above-entitled case, the following trademarks(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | |
|---|---|---|
| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| See Attachment | | |
| | | |
| | | |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| | | |
| **CLERK - Thomas G. Bruton** | **DEPUTY CLERK:**<br>Vettina Franklin | **DATE:**<br>4/30/2014 |

| Patent Number | Date of Patent | Holder of Patent |
|---|---|---|
| US 8,617,594 B2 | Apr 9, 2013 | Amarin Pharmaceuticals Ireland Limited |
| US 8,426,399 B2 | Apr. 23, 2013 | Amarin Pharmaceuticals Ireland Limited |
| US 8,431,560 B1 | Apr 30, 2013 | Amarin Pharmaceuticals Ireland Limited |
| US 8,440,225 B1 | May 14, 2013 | Amarin Pharmaceuticals Ireland Limited |
| US 8,501, 225 B2 | Aug. 6, 2013 | Amarin Pharmaceuticals Ireland Limited |
| US 8,518,929 B2 | Aug 27, 2013 | Amarin Pharmaceuticals Ireland Limited |
| US 8,524,698 B2 | Sep. 3, 2013 | Amarin Pharmaceuticals Ireland Limited |
| US 8,546,372 B2 | Oct. 1, 2013 | Amarin Pharmaceuticals Ireland Limited |
| US 8,551,521 B2 | Oct 8, 2013 | Amarin Pharmaceuticals Ireland Limited |
| US 8,617,594 B2 | Dec. 31, 2013 | Amarin Pharmaceuticals Ireland Limited |